**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-12957 |
| | § | |
| MOHAMMED S. AHMED | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $116,305.00 | Assets Exempt: | $33,250.00 |
| Total Distributions to Claimants: | $2,095.88 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $790.46 | | |

3) Total gross receipts of $3,204.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $317.66 (see **Exhibit 2**), yielded net receipts of $2,886.34 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $200,521.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $790.46 | $790.46 | $790.46 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $7,175.77 | $2,091.07 | $2,091.07 | $2,095.88 |
| **Total Disbursements** | $207,696.77 | $2,881.53 | $2,881.53 | $2,886.34 |

4). This case was originally filed under chapter 7 on 03/29/2013. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/21/2015           By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Automobile - 2005 Honda Odyssey-V6 - Wagon 5D EX-L80k in miles - paid in full - Appraised thru CarMax | 1129-000 | $3,204.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,204.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| AHMED, MOHAMMED S. | Surplus Funds | 8200-002 | $317.66 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$317.66** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. | 4110-000 | $160,308.00 | $0.00 | $0.00 | $0.00 |
| | Charter One Na | 4110-000 | $40,213.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$200,521.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $721.60 | $721.60 | $721.60 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.56 | $2.56 | $2.56 |
| Green Bank | 2600-000 | NA | $66.30 | $66.30 | $66.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$790.46** | **$790.46** | **$790.46** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $808.00 | $208.13 | $208.13 | $208.13 |
| 2 | eCAST Settlement Corporation, assignee | 7100-900 | $1,942.00 | $1,882.94 | $1,882.94 | $1,882.94 |
|  | eCAST Settlement Corporation, assignee | 7990-000 | $0.00 | $0.00 | $0.00 | $4.33 |
|  | Quantum3 Group LLC as agent for | 7990-000 | $0.00 | $0.00 | $0.00 | $0.48 |
|  | AMCA Collection Agency | 7100-000 | $70.08 | $0.00 | $0.00 | $0.00 |
|  | Citi | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
|  | H&R Accounts | 7100-000 | $362.44 | $0.00 | $0.00 | $0.00 |
|  | Pierce & Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Pinnacle Management Services | 7100-000 | $1,333.01 | $0.00 | $0.00 | $0.00 |
|  | Pinnacle Management Services | 7100-000 | $241.50 | $0.00 | $0.00 | $0.00 |
|  | Rbs Citizens Na | 7100-000 | $894.00 | $0.00 | $0.00 | $0.00 |
|  | Recovery Partners, LLC | 7100-000 | $324.74 | $0.00 | $0.00 | $0.00 |
|  | Weltman, Weinberg & Reis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,175.77 | $2,091.07 | $2,091.07 | $2,095.88 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 13-12957-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AHMED, MOHAMMED S. | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| For the Period Ending: | 4/21/2015 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 09/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real estate located 53 Colonial Court, Streamwood, IL 60107 | $130,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | $5.00 | $5.00 | | $0.00 | FA |
| 3 | Checking account with Harris Bank | $550.00 | $550.00 | | $0.00 | FA |
| 4 | Household Goods, Living Room Set - (P.M.S.I.) - purchased thru RoomPlace - debtor intends to reaffirm | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Books, Pictures, and CD's | $350.00 | $0.00 | | $0.00 | FA |
| 6 | Wearing Apparel | $1,500.00 | $0.00 | | $0.00 | FA |
| 7 | Miscellaneous Costume Jewelry | $250.00 | $250.00 | | $0.00 | FA |
| 8 | Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Whole Life insurance policy through Met Life. Present cash surrender value is 10,000.00 - Wife is Beneficiary | $10,000.00 | $0.00 | | $0.00 | FA |
| 10 | 401(k) / Retirement plan through employer - 100% exempt. | Unknown | $0.00 | | $0.00 | FA |
| 11 | Estimated 2012 tax refund of $3509.00 has been received and spent down before filing bankruptcy. | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Automobile - 2005 Honda Odyssey-V6 - Wagon 5D EX-L80k in miles - paid in full - Appraised thru CarMax | $9,000.00 | $2,600.00 | | $3,204.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $152,155.00 | $3,405.00 | | $3,204.00 | $0.00 |

**Major Activities affecting case closing:**

| 02/18/2015 | Prepare TDR |
|---|---|
| 11/18/2014 | Prepared TFR for Trustee's Review |
| 10/27/2014 | Motion to Sell filed; Hearing 11/18/2014 |
| 08/06/2014 | Motion to sell to be filed. |
| 06/25/2013 | Liquidation of Debtor's vehicle. |
| 06/03/2013 | Motion to Sell prepared - awaiting atty review |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 13-12957-TAB | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | AHMED, MOHAMMED S. | | **Date Filed (f) or Converted (c):** | | 03/29/2013 (f) |
| **For the Period Ending:** | 4/21/2015 | | **§341(a) Meeting Date:** | | 05/30/2013 |
| | | | **Claims Bar Date:** | | 09/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 09/30/2014        /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 01/15/2015        DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-12957-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AHMED, MOHAMMED S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6514 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/29/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/21/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/03/2013 | (12) | MOHAMMED AHMED | Payment for non exempt equity in vehicle | 1129-000 | $534.00 | | $534.00 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.75 | $533.25 |
| 08/14/2013 | (12) | MOHAMMED AHMED | Payment for non exempt equity in vehicle | 1129-000 | $534.00 | | $1,067.25 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.41 | $1,065.84 |
| 09/10/2013 | (12) | Mohammed Ahmed | Payment for non exempt equity in vehicle | 1129-000 | $534.00 | | $1,599.84 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.08 | $1,597.76 |
| 10/08/2013 | (12) | Mohammed Ahmed | Payment for non exempt equity in vehicle | 1129-000 | $534.00 | | $2,131.76 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.18 | $2,128.58 |
| 11/12/2013 | (12) | MOHAMMED AHMED | Payment for non exempt equity in vehicle | 1129-000 | $534.00 | | $2,662.58 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.93 | $2,658.65 |
| 12/13/2013 | (12) | Mohammed Ahmed | Payment for non exempt equity in vehicle | 1129-000 | $534.00 | | $3,192.65 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.59 | $3,188.06 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.47 | $3,182.59 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.63 | $3,177.96 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.79 | $3,173.17 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.95 | $3,168.22 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.27 | $3,162.95 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.77 | $3,158.18 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.09 | $3,153.09 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.25 | $3,147.84 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.75 | $3,143.09 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.39 | $3,137.70 |
| 02/18/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $721.60 | $2,416.10 |
| 02/18/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.56 | $2,413.54 |
| 02/18/2015 | 3003 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: 208.13; Amount Allowed: 208.13; Distribution Dividend: 100.00; | * | | $208.61 | $2,204.93 |
| | | | Claim Amount         $(208.13) | 7100-000 | | | $2,204.93 |
| | | | Interest             $(0.48) | 7990-000 | | | $2,204.93 |
| 02/18/2015 | 3004 | eCAST Settlement Corporation, assignee | Claim #: 2; Amount Claimed: 1,882.94; Amount Allowed: 1,882.94; Distribution Dividend: 100.00; | * | | $1,887.27 | $317.66 |
| | | | Claim Amount         $(1,882.94) | 7100-900 | | | $317.66 |
| | | | Interest             $(4.33) | 7990-000 | | | $317.66 |
| 02/18/2015 | 3005 | AHMED, MOHAMMED S. | Claim #: ; Amount Claimed: 317.66; Amount Allowed: 317.66; Distribution Dividend: 100.00; | 8200-002 | | $317.66 | $0.00 |

| | | | | **SUBTOTALS** | $3,204.00 | $3,204.00 | |

Page No: 2

Case 13-12957 Doc 32 Filed 05/13/15 Entered 05/13/15 12:11:53 Desc Main
Document Page 8 of 9

FORM 2

Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-12957-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AHMED, MOHAMMED S. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6514 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/29/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/21/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $3,204.00 | $3,204.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $3,204.00 | $3,204.00 | |
| | | | Less: Payments to debtors | | $0.00 | $317.66 | |
| | | | Net | | $3,204.00 | $2,886.34 | |

**For the period of 3/29/2013 to 4/21/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,204.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,204.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,886.34 |
| Total Non-Compensable Disbursements: | $317.66 |
| Total Comp/Non Comp Disbursements: | $3,204.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/03/2013 to 4/21/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,204.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,204.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,886.34 |
| Total Non-Compensable Disbursements: | $317.66 |
| Total Comp/Non Comp Disbursements: | $3,204.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

| **Case No.** | 13-12957-TAB | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | AHMED, MOHAMMED S. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6514 | **Checking Acct #:** | ******5701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 3/29/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/21/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,204.00 | $3,204.00 | $0.00 |

| **For the period of 3/29/2013 to 4/21/2015** | | **For the entire history of the case between 03/29/2013 to 4/21/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,204.00 | Total Compensable Receipts: | $3,204.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,204.00 | Total Comp/Non Comp Receipts: | $3,204.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,886.34 | Total Compensable Disbursements: | $2,886.34 |
| Total Non-Compensable Disbursements: | $317.66 | Total Non-Compensable Disbursements: | $317.66 |
| Total Comp/Non Comp Disbursements: | $3,204.00 | Total Comp/Non Comp Disbursements: | $3,204.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |